John Du Wors, State Bar No. 233913
*john@newmanlaw.com*
NEWMAN DU WORS LLP
2101 Fourth Avenue, Suite 1500
Seattle, WA  98121
Telephone:  (206) 274-2800
Facsimile:   (206) 274-2801

Leeor Neta, State Bar No. 233454
*leeor@newmanlaw.com*
NEWMAN DU WORS LLP
1900 Powell Street, Sixth Floor
Emeryville, CA  94608
Telephone:  (415) 944-5422
Facsimile:   (415) 944-5423

Attorneys for Defendant
Dick's Sporting Goods

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| PHILLIP NGHIEM, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC., and DOES 1–10, inclusive,<br><br>Defendant. | Case No. 8:16-cv-00097-CJC-DFM<br><br>**DECLARATION OF ELIZABETH BARAN IN SUPPORT OF DEFENDANT DICK'S SPORTING GOODS, INC.'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION OR, IN THE ALTERNATIVE, FOR DISCOVERY ON THE ISSUE OF ARBITRABILITY**<br><br>Hearing Date: May 16, 2016<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 9B<br>Hon. Cormac J. Carney |

I, Elizabeth Baran, testify as follows:

1. I am over the age of eighteen (18) years, and competent to testify to the matters set forth in this declaration. I make this declaration from personal knowledge of these matters.

2. I understand that Plaintiff Phillip Nghiem is an attorney at the Manning Law Office. In the eight months between March 10, 2015 and November 4, 2015, Nghiem's law firm sent DSG no less than five demand letters on behalf of four different clients. The letters are fairly similar: they all complain that the Text Alerts program violates the TCPA, and demand payment. Copies of these letters are attached as **Exhibits 1 through 5**.

3. Nghiem's law firm wrote the first demand letter to DSG on behalf of their client Jacob Meier. According to that March 10, 2015 letter, Mr. Meier began receiving text messages from the Text Alerts program on February 5, 2015.

4. Less than two weeks after Mr. Meier purportedly received his first text from the Text Alerts program, Nghiem himself enrolled in the Text Alerts program.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 22nd day of April 2016 in Coraopolis, Pennsylvania.

_____
Elizabeth Baran