1  Walter J. Lack, Esq. (SBN 57550)
   *wlack@elllaw.com*
2  Paul A. Traina, Esq. (SBN 155805)
   *ptraina@elllaw.com*
3  Ian P. Samson, Esq. (SBN 279393)
   *isamson@elllaw.com*
4  **ENGSTROM, LIPSCOMB & LACK**
   A Professional Corporation
5  10100 Santa Monica Boulevard, 12th Floor
   Los Angeles, California 90067-4113
6  Tel: (310) 552-3800 / Fax: (310) 552-9434

7  Brian J. Soo-Hoo, Esq. (SBN 228298)
   *soohoolaw@gmail.com*
8  **LAW OFFICES OF BRIAN J. SOO-HOO**
9  601 Parkcenter Drive, Suite 105
   Santa Ana, California 92705-3543
10 Tel: (714) 589-2252/Fax: (714) 589-2254

11 Attorneys for Plaintiff and the Proposed Class

12
13                UNITED STATES DISTRICT COURT
14                CENTRAL DISTRICT OF CALIFORNIA

15 PHILLIP NGHIEM, individually and        Case No.: 8:16-cv-00097
   on behalf of a class of similarly       Assigned to Hon. Cormac J. Carney
16 situated individuals,
17                Plaintiff,                **DECLARATION OF IAN P. SAMSON
18                                          IN SUPPORT OF PLAINTIFF'S
          v.                                OPPOSITION TO DEFENDANT'S
19                                          MOTION TO COMPEL
   DICK'S SPORTING GOODS, INC.,             ARBITRATION AND STAY
20 ZETA INTERACTIVE                         LITIGATION**
   CORPORATION, and DOES 1-10,
21
22                Defendants.               Date:    June 13, 2016
                                            Time:    1:30 p.m.
23                                          Place:   Courtroom 9B
24
25
26                                          Complaint Filed: January 22, 2016
27
28 ///

411876                                                              8:16-cv-00097
**DECLARATION OF IAN P. SAMSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

# DECLARATION OF IAN P. SAMSON

I, Ian P. Samson, declare as follows:

1. I am an attorney with the law firm of Engstrom, Lipscomb & Lack and counsel of record for Plaintiff Phillip Nghiem in this matter. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would testify to the matters stated herein.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the Deposition of Patrick Daley, which I took in this matter in Pittsburgh, Pennsylvania on May 10, 2016.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts from the Deposition of Elizabeth Baran, which I took in this matter in Pittsburgh, Pennsylvania on May 10, 2016.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts from the Deposition of Plaintiff Phillip Nghiem, which was taken in this matter in Los Angeles, California on May 3, 2016.

5. Attached hereto as **Exhibit 4** is a true and correct copy from the Court's PACER system of the Declaration of Kevin Khoa Nguyen in Opposition to Defendant's Motion to Compel Arbitration filed on June 26, 2012 in the matter of *Nguyen v. Barnes & Noble, Inc.*, No. 8:12–cv–0812–JST (C.D. Cal.) (Staton, J.).

6. Attached hereto as **Exhibit 5** are true and correct copies of screenshots of the homepage of Defendant Dick's Sporting Goods, Inc.'s website (http://www.dickssportinggoods.com/home/index.jsp) as it appeared on May 18, 2016.

////
////
////
////
////

1  I declare under penalty of perjury under the laws of the state of California that the
2  foregoing is true and correct.
3      Executed this 23rd day of May, 2016 at Los Angeles, California.

                    */s/ Ian P. Samson*

                IAN P. SAMSON

# CERTIFICATE OF SERVICE

The foregoing Declaration of Ian P. Samson in Support of Plaintiff's Opposition to Defendant's Motion to Compel Arbitration has been served via the Court's ECF system, which will send notification to counsel in this case.

Dated: May 23, 2016                    ENGSTROM, LIPSCOMB & LACK

*/s/ Ian P. Samson*
Ian P. Samson, Esq.