1  John Du Wors, State Bar No. 233913
   *john@newmanlaw.com*
2  Samantha Everett, State Bar No. 234402
   *samantha@newmanlaw.com*
3  Nathaniel E. Durrance, State Bar No. 229210
   *nate@newmanlaw.com*
4  Newman Du Wors LLP
5  2101 Fourth Avenue, Suite 1500
   Seattle, WA 98121
6  Telephone:     (206) 274-2800

7  Attorneys for Defendant
8  Dick's Sporting Goods, Inc. and
   Zeta Interactive Corp.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP NGHIEM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DICK'S SPORTING GOODS, INC., et al.<br><br>　　　　Defendants. | Case No. SACV16-97 CJC (DFMx)<br>Assigned to Hon. Cormac J. Carney, Magistrate Judge Douglas F. McCormick<br><br>**ORDER ENTERING STIPULATED PROTECTIVE ORDER FOR ESI** |

i
[PROPOSED] ORDER ENTERING STIPULATED PROTECTIVE ORDER FOR ESI

1     THIS MATTER comes before the Court on the Parties' Stipulated Protective
2 Order. Having reviewed it, the Court HEREBY ENTERS the Stipulated Protective
3 Order.
4     PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 16, 2016

                                                       _____
                                                       Honorable Douglas F. McCormick
                                                       United States Magistrate Judge