1  Walter J. Lack, Esq. (SBN 57550)
   wlack@elllaw.com
2  Paul A. Traina, Esq. (SBN 155805)
   ptraina@elllaw.com
3  Ian P. Samson, Esq. (SBN 279393)
   isamson@elllaw.com
4  **ENGSTROM, LIPSCOMB & LACK**
   A Professional Corporation
5  10100 Santa Monica Boulevard, 12th Floor
   Los Angeles, California 90067-4113
6  Tel: (310) 552-3800 / Fax: (310) 552-9434

7  Brian J. Soo-Hoo, Esq. (SBN 228298)
   soohoolaw@gmail.com
8  **LAW OFFICES OF BRIAN J. SOO-HOO**
9  601 Parkcenter Drive, Suite 105
   Santa Ana, California 92705-3543
10 Tel: (714) 589-2252/Fax: (714) 589-2254

11 Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP NGHIEM, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC., ZETA INTERACTIVE CORPORATION, and DOES 1-10,<br><br>Defendants. | Case No.: 8:16-cv-00097<br>Assigned to Hon. Cormac J. Carney,<br>Magistrate Judge Douglas F. McCormick<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br><br>Complaint Filed: January 22, 2016 |

///

///

#417909                                                              8:16-cv-00097
**STIPULATION OF VOLUNTARY DISMISSAL**

1  Plaintiff Phillip Nghiem and Defendants Dick's Sporting Goods, Inc. and Zeta
2  Interactive Corporation hereby stipulate under Federal Rule of Civil Procedure
3  41(a)(1)(ii) that this action be dismissed with each party bearing that party's own
4  attorneys' fees and costs.

6  DATED: January 27, 2017  /s/ Ian P. Samson
   Walter J. Lack, Esq. (SBN 57550)
7  wlack@elllaw.com
   Paul A. Traina, Esq. (SBN 155805)
8  ptraina@elllaw.com
   Ian P. Samson, Esq. (SBN 279393)
9  isamson@elllaw.com
10 **ENGSTROM, LIPSCOMB & LACK**
   A Professional Corporation
11 10100 Santa Monica Boulevard, 12th Floor
   Los Angeles, California 90067-4113
12 Tel: (310) 552-3800 / Fax: (310) 552-9434

   Brian J. Soo-Hoo, Esq. (SBN 228298)
14 soohoolaw@gmail.com
   **LAW OFFICES OF BRIAN J. SOO-HOO**
15 601 Parkcenter Drive, Suite 105
   Santa Ana, California 92705
16 Tel: (714) 589-2252 / Fax: (714) 589-2254

   *Attorneys for Plaintiff*

19 Dated: January 27, 2017  Newman Du Wors LLP

   John Du Wors, State Bar No. 233913
   *john@newmanlaw.com*
23 Nathan Durrance, State Bar No. 229210
   *nathan@newmanlaw.com*
   Samantha Everett, State Bar No. 234402
25 *samantha@newmanlaw.com*

27 *Attorney for Defendants*
   *Dick's Sporting Goods, Inc. and*
28 *Zeta Interactive Corp.*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

DATED:  January 27, 2017            ENGSTROM, LIPSCOMB AND LACK

                                     */s/  Ian P. Samson*
                                        Ian P. Samson

# CERTIFICATE OF SERVICE

The foregoing **STIPULATION OF VOLUNTARY DISMISSAL** has been served via the Court's ECF system, which will send notification to counsel in this case.

DATED: January 27, 2017         ENGSTROM, LIPSCOMB & LACK

*/s/ Ian P. Samson*
IAN P. SAMSON, ESQ.