Walter J. Lack, Esq. (SBN 57550)
*wlack@elllaw.com*
Paul A. Traina, Esq. (SBN 155805)
*ptraina@elllaw.com*
Ian P. Samson, Esq. (SBN 279393)
*isamson@elllaw.com*
**ENGSTROM, LIPSCOMB & LACK**
A Professional Corporation
10100 Santa Monica Boulevard, 12th Floor
Los Angeles, California 90067-4113
Tel: (310) 552-3800 / Fax: (310) 552-9434

Brian J. Soo-Hoo, Esq. (SBN 228298)
*soohoolaw@gmail.com*
**LAW OFFICES OF BRIAN J. SOO-HOO**
601 Parkcenter Drive, Suite 105
Santa Ana, California 92705-3543
Tel: (714) 589-2252/Fax: (714) 589-2254

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP NGHIEM, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>DICK'S SPORTING GOODS, INC., ZETA INTERACTIVE CORPORATION, and DOES 1-10,<br><br>Defendants. | Case No.: 8:16-cv-00097-CJC-DFM<br>Assigned to Hon. Cormac J. Carney, Magistrate Judge Douglas F. McCormick<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

///

///

1  Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure
2  41(a)(1)(ii), IT IS HEREBY ORDERED that this action be, and hereby is, dismissed,
3  with each party bearing that party's own attorneys' fees and costs. The Clerk is
4  directed to close the file.

6  **SO ORDERED** this ____ day of _____, 2017.

9                                    HON. CORMAC J. CARNEY
10                                   United States District Judge