**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP NGHIEM, individually and on behalf of a class of similarly situated individuals,<br><br>   Plaintiff,<br><br>   v.<br><br>DICK'S SPORTING GOODS, INC., ZETA INTERACTIVE CORPORATION, and DOES 1-10,<br><br>   Defendants. | Case No.: 8:16-cv-00097-CJC-DFM<br>Assigned to Hon. Cormac J. Carney,<br>Magistrate Judge Douglas F. McCormick<br><br>**ORDER OF DISMISSAL** |

///

///

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY ORDERED that this action be, and hereby is, dismissed, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

**SO ORDERED** this 31st day of January, 2017.

_____
HON. CORMAC J. CARNEY
United States District Judge